BRODIE L. DUKE, Appellant, *v.* DANIEL O'DELL et al., Respondents.

*Duke* v. *O'Dell*, 100 App. Div. 517, affirmed.
(Argued February 13, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 1, 1905, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*William F. Goldbeck* for appellant.

*Richard Reid Rogers* and *Paul D. Cravath* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.